666

176 So. 925

**Louvenia, alias Lavenia, PIPPEN v. STATE.**

2 Div. 631.

Court of Appeals of Alabama.
Nov. 2, 1937.

RICE, Judge.
Affirmed.

189 So. 923

**George PITTS v. STATE.**

5 Div. 84.

Court of Appeals of Alabama.
May 23, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

177 So. 925

**Jessie PITTS v. STATE.**

4 Div. 341.

Court of Appeals of Alabama.
Nov. 16, 1937.

BRICKEN, Presiding Judge.
Affirmed.

180 So. 900

**Onus POFF v. STATE.**

8 Div. 658.

Court of Appeals of Alabama.
April 12, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

184 So. 920

**Bernice POOLE v. STATE.**

4 Div. 472.

Court of Appeals of Alabama.
Nov. 29, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

187 So. 897

**Noble POORE v. STATE.**

7 Div. 431.

Court of Appeals of Alabama.
March 7, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

184 So. 920

**Erby POPWELL v. STATE.**

5 Div. 53.

Court of Appeals of Alabama.
Nov. 29, 1938.